IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSS FLYNN and MARY ANN FLYN,

    Plaintiffs,

v.                                                       CV 15-195 KG/WPL

CITY OF LAS CRUCES, NEW MEXICO;
LAS CRUCES POLICE DEPARTMENT;
Officer RICHARD GARCIA; Officer DANNY
SALCIDO; Officer JOSHUA SAVAGE; Officer
JUSTIN RAMIREZ; Officer ABRAHAM MADRID,
in their individual and official capacities,

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On June 10, 2015, the Court entered an Order scheduling a telephonic status conference for December 15, 2015, at 8:30 a.m. (Doc. 35.) Although the other counsel appeared for the status conference, counsel for the Plaintiffs did not do so.

IT IS THEREFORE ORDERED that Christopher Cardenas, counsel for the Plaintiffs, shall send a letter to my chambers showing cause for his absence at the December 15 status conference no later than **December 16, 2015, at 5:00 p.m.** This letter shall be faxed to my chambers at **(505) 348-2305**.

                                                                         _____
                                                                         William P. Lynch
                                                                         United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.